Appendix A: Sample Complaint and Civil Cover Sheet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF __MAINE__
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2017 JUN 14 A 10: 59

DEPUTY CLERK

__Susanna P. Coady__
__(see attached)__

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

__Digideal Corporation__
__(see attached)__

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
             *(check one)*

Title: Trademark Infringement

Susanna P. Coady    Susanna P. Coady    Susanna P. Coady    6/14/17

Trademark Infringement
U.S. District Court - District of Maine

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Susanna P. Coady |
| Street Address | 454 Sawyer Rd |
| City and County | Greene |
| State and Zip Code | Maine 04236 |
| Telephone Number | 1-207-754-8800 |
| E-mail Address | coadycor@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Digideal Corporation |
| Job or Title (if known) | |
| Street Address | 5207 E Third Avenue |
| City and County | Spokane Valley |
| State and Zip Code | Washington 99212 |
| Telephone Number | 1-509-747-8887 |
| E-mail Address (if known) | info@digideal.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

p25
Susanna P. Coady
Susanna P. Coady    Susanna P. Coady    6/14/17

*Trademark Infringement* 3 of 7

        E-mail Address \
        (if known)

    Defendant No. 3

        Name \
        Job or Title \
        (if known) \
        Street Address \
        City and County \
        State and Zip Code \
        Telephone Number \
        E-mail Address \
        (if known)

    Defendant No. 4

        Name \
        Job or Title \
        (if known) \
        Street Address \
        City and County \
        State and Zip Code \
        Telephone Number \
        E-mail Address \
        (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☐ Federal question         ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

26

*Susanna P. Coady*      *Susanna P. Coady* \
                   *Susanna P. Coady*    6/14/17

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Susanna Coady, is a citizen of the State of *(name)* MAINE.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* Digideal Corporation is incorporated under the laws of the State of *(name)* Washington, and has its principal place of business in the State of *(name)* Washington. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an*

27

Susanna P. Coady
Susanna P. Coady   6/14/17

Susanna P. Coady

*Trademark Infringement* — *Page 5 of 7*

*additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$8,787,870.00

Trademark Infringement 'Pik-it'

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I (Susanna Coady) own the Trademark Pik-it. Registered Nov. 9, 2010, Reg. No. 3,874,662. Digideal Corporation applied for the trademark Pikit Poker on October 11, 2010 and was denied July 28, 2011 because I own Pik-it. They continued to use my trademark (to this day) without my consent.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached - Page 6.

(I have 13 Exhibits to prove) my case.

Susanna P. Coady    Susanna P. Coady    6/14/17

*Trademark Infringement*
*Exhibit 10*

*Page 6 of 7*

Platform    Partners    Customer Success    About    Free Trial

## DigiDeal Corporation

5123 E 3RD AVE
SPOKANE VALLEY, Washington 99212
United States

(509) 747-8887
(509) 747-5125 Fax
www.digideal.com



### Company Background & Description

Revenue: $10 mil. - $25 mil.

$22,000,000

Employees: 20 - 50

Industry: Toys & Games, Manufacturing, Gambling & Gaming, Recreation, Hospitality

SIC Codes: 5099, 7389, 7993

Products and Services: electronic multiplayer table game products, gaming technology, racks

Company Description: DigiDeal®, a Nevada Corporation, was founded in 1998 and is in the business of inventing, designing, prototyping and delivering innovative products to the gaming industry. DigiDeal Corporation is a privately held company located in Spokane, Washington. The company's facility at 5207 E. Third Avenue houses the corporate offices and support staff of technicians, designers and software engineers as well as a complete product showroom. Technical support, product assembly, component manufacturing and shipping is done from a new, updated manufacturing and warehouse addition completed in 2005. DigiDeal maintains a strong and ongoing portfolio of gaming intellectual properties. Currently DigiDeal has nearly 20 issued patents covering a wide range of gaming products with many additional patents pending. The Company's primary technology is a patented electronic table game platform. The "Digital Card System" (DCS) is the current approved platform with nearly 200 in play around the world. The DCS utilizes a digital card shuffle and delivery system in conjunction with a live dealer and real chips. The DCS platform allows the casino the ability to customize rules and retrieve statistical game history not available on traditional tables. In addition, the platform reduces dealer training, eliminates mistakes and cheating and increases table productivity up to 100% or more. DigiDeal's next generation of its electronic table game platform is the Digital Table System (DTS) offering even greater operational efficiencies than the DCS, while maintaining the feel and play of a live table game. While

### People
**Management Level**
C-Level (1)
VP-Level (1)
Director (3)
Manager (4)
Non-Manager (5)

**Job Function**
Engineering
Finance (2)
General Management
Legal (1)
Marketing (1)
Operations (2)
Sales (5)

---

DigiDeal
Revenue — least amount
$10 million per year.

11 Games on Digideal's Website.
roughly $909,090 per game
                           per year.

2 Games are "Pik-it"
       on their Website
$909,090 × 2 = $1,818,180

July 28, 2011 is the date Digideal was denied the trademark "Pik-it Poker." This is the date that Digideal has knowingly been infringing on my trademark.

Year 2011 — 5 months     1,818,180
  "  2012 — 12 months        × 4 years
  "  2013 — 12 months     ─────────
  "  2014 — 12 months     7,272,720
  "  2015 — 12 months    +1,515,150  (10 months)
  "  2016 — 5 months      ─────────
                          $8,787,870  Trademark
                                      Infringement

Susanna P. Coady
Susanna P. Coady
17-00449-PPC11   Claim 1-1   Filed 04/24/17   Pg 26 of 58
6/14/17

*Trademark Infringement*

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 14, 2017

Signature of Plaintiff _Susanna P. Coady_
Printed Name of Plaintiff _Susanna P. Coady_

#### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

Susanna Coady    Susanna P. Coady   6/14/17
Susanna P. Coady