6/14/17

Plaintiff — Susanna P. Coady

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2017 JUN 14 A 10: 59

DEPUTY CLERK

Digideal Corporation
5207 E. Third Avenue
Spokane Valley
Washington 99212

I (Susanna Coady) would like to file a motion
asking the court to make service of the
complaint because I have reached
out 2 times to Digideal Corporation
with No response from them.

Thank-You
Susanna Coady
Susanna Coady