OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

| | | |
|---|---|---|
| Edward T. Gignoux U.S. Courthouse<br>156 Federal Street<br>Portland, Maine 04101<br>(207) 780-3356 |  | Margaret Chase Smith Federal Building and U.S. Courthouse<br>202 Harlow Street<br>Bangor, Maine 04401<br>(207) 945-0575 |

June 14, 2017

**SUSANNA COADY**
454 SAWYER ROAD
GREENE, ME 04236

RE: 2:17-cv-00217-JAW

Dear Ms. Coady:

    Recently you filed a complaint in this Court. Enclosed please find a handout titled "Information for Pro Se Parties." This handout is intended for informational and practical purposes only, and in no way takes the place of an attorney's legal advice, but it may provide you with some answers to procedural and general questions.

                                     Sincerely,
                                     CHRISTA K. BERRY, CLERK


                                     By: /s/ Robert Allen
                                         Deputy Clerk

Encl.